UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RITA C. FAULK** | **CIVIL ACTION NO.  6:20-CV-00638** |
| **VERSUS** | **JUDGE JUNEAU** |
| **U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, Rec. Doc. 16. After an independent review of the record, including the Plaintiff's objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the decision of the Commissioner is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 30th day of March, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE